

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00358-CR

Scott E. **COALWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10786
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is Granted. The appellant's brief is due on March 31, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court